UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21649-CIV-SINGHAL

GUILLERMO LAGEYRE-RAVELO,

      Petitioner,

v.

WARDEN, Krome North Service Processing Center, *et al.*,

      Respondents.
_____/

## ORDER

**THIS CAUSE** is before the Court on Petitioner's Emergency Motion for Temporary Restraining Order (the "**Motion**"). (DE [3]). Petitioner seeks an emergency order enjoining Respondents "from moving, transferring, or otherwise attempting to remove Petitioner until Respondents have shown cause as ordered by this Court and a decision has been made on his Writ of Habeas Corpus." (DE [3] at 12). Petitioner has failed to show that his risk of being moved from one detention center to another constitutes an emergency or is otherwise illegal independent of his allegedly unlawful detention. And whether Petitioner's detention is itself unlawful will be determined on the merits of the Petition (DE [1]) after Respondents have had an opportunity to respond, not on emergency motion that itself does not seek Petitioner's release.

The Court does, however, identify a single potential emergency discussed in the Motion: Petitioner's possible removal from the United States. *See* (DE [3] at 2–3, 12). But this Court lacks jurisdiction to interfere with the Attorney General's execution of a final order of removal—which Petitioner concedes was entered against him (DE [3] at 9)—

such that it cannot enjoin Petitioner's removal even if his detention is unlawful.  *See* 8 U.S.C. § 1252(g).  Accordingly, it is hereby

      **ORDERED AND ADJUDGED** that the Motion (DE [3]) is **DENIED**.

      **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 16th day of March 2026.

                                              RAAG SINGHAL
                                              UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF